# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

Darlene G.,[1]

                *Plaintiff*,        Case No. 3:23-cv-326

v.                                        District Judge Thomas M. Rose
                                          Magistrate Judge Caroline H. Gentry

Commissioner of Social Security,

                *Defendant.*

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATIONS OF MAGISTRATE JUDGE CAROLINE H. GENTRY (DOC. 11), OVERRULING PLAINTIFF'S OBJECTIONS (DOC. 12), FINDING THE COMMISSIONER'S FINDING OF NON-DISABILITY TO BE SUPPORTED BY SUBSTANTIAL EVIDENCE, FINDING THAT ANY ERRORS IDENTIFIED BY PLAINTIFF ARE HARMLESS, AND TERMINATING CASE.**

      This matter comes before the Court pursuant to Objections (Doc. 12) to the Report and Recommendations of Magistrate Judge Caroline H. Gentry (Doc. 11) recommending that Plaintiff's Statement of Errors (Doc. 7) be overruled, that the Commissioner's non-disability finding be affirmed, that judgment be entered in favor of the Commissioner, and that this case be closed on the docket of the Court and the case be terminated.

      The Court has reviewed the findings of the Magistrate Judge and the objection thereto. Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), this Court has made a *de novo*

---

[1] Due to significant privacy concerns in social security cases, the Court refers to claimants only by their first names and last initials. See General Order 22-01.

review of the record in this case. Upon consideration of the foregoing, the Court finds the Objections (Doc. 12) are not well-taken and are hereby **OVERRULED**.

The Court **ADOPTS** the Report and Recommendations (Doc. 11) in its entirety. Plaintiff's statement of errors (Doc. 7) is **OVERRULED**, and the Commissioner's non-disability finding is **AFFIRMED**. The clerk is directed to enter judgement in favor of the Commissioner. The instant case is **TERMINATED** on the docket of the United States District Court for the Southern District of Ohio, Western District at Dayton.

**DONE** and **ORDERED** this Tuesday, March 11, 2025.

s/THOMAS M. ROSE
_____

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE